UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

HYPERION VOF, a Belgium General Partnership,

    Plaintiff,

v.

AMINO DEVELOPMENT CORPORATION, a Washington Corporation formerly known as AMIGA, INC.,

    Defendant.

CAUSE NO. 07-01761-RSM

**STIPULATED ORDER OF DISMISSAL WITH PREJUDICE**

Based on the stipulated joint motion of plaintiff Hyperion VOF, now known as Hyperion Entertainment C.V.B.A. ("Hyperion") and defendant Amino Development Corporation, it is hereby ORDERED that the joint stipulated motion for dismissal with prejudice is GRANTED. All claims, counterclaims, cross claims, and third party claims (including any amendments) otherwise asserted in this suit are hereby dismissed with prejudice and without an award of fees or costs to any party.

**STIPULATED ORDER OF DISMISSAL WITH PREJUDICE** - 1
Case No. 07-01761 RSM

CABLE, LANGENBACH, KINERK & BAUER, LLP
1000 SECOND AVENUE, #3500
SEATTLE, WASHINGTON 98104-048
(206) 292-8800

1   DATED December 14, 2009.

2

3

4

5   _____
    RICARDO S. MARTINEZ
6   UNITED STATES DISTRICT JUDGE

7

8

9   Approved as to form; Notice of presentation waived:

10
    CABLE, LANGENBACH, KINERK & BAUER, LLP
11

12  By: /s/ Lawrence R. Cock
    Lawrence R. Cock, WSBA No. 20326
13  Attorneys for defendant Amino Development Corporation
    CABLE, LANGENBACH, KINERK & BAUER, LLP
14  Suite 3500, 1000 Second Avenue Building
    Seattle, Washington 98104-1048
15  (206) 292-8800 phone
    (206) 292-0494 facsimile
16  lrc@cablelang.com

17

18  KINSEL LAW OFFICES, PLLC

19  By:    /s/ William A. Kinsel
    William A. Kinsel, WSBA #18077
20  Attorney for plaintiff Hyperion Entertainment C.V.B.A.
21  previously known as Hyperion, VOF
    Kinsel Law Offices, PLLC
22  2025 First Avenue, Suite 440
    Seattle, WA 98121
23  Phone: (206) 706-8148
    Fax:   (206) 374-3201
24  Email: wak@kinsellaw.com

25

26

27  **STIPULATED ORDER OF DISMISSAL
    WITH PREJUDICE**                  - 2

CABLE, LANGENBACH,
KINERK & BAUER, LLP
1000 SECOND AVENUE, #3500
SEATTLE, WASHINGTON 98104-048
(206) 292-8800

Case No. 07-01761 RSM